**No. 45546.**—Protests 724039–G, etc., of Artmart Linen Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

MARCH 14, 1941

**No. 45547.**—▇▇▇▇▇▇▇▇—Portest 15711–K of A. Spaeth & Co., Inc. Abstract 45264. Application by Government for rehearing granted.

MARCH 14; 1941

**No. 45548.**—SUIT 4328.▇▇▇▇▇▇▇▇—A. *Stein & Co.* v. *United States.* Abstract 44054 affirmed. C. A. D. 155.

BEFORE THE FIRST DIVISION, MARCH 19, 1941

**No. 45549.**—Protests 584182–G, etc., of L & L Trading Co. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is similar to the wool hat bodies the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.